IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JULIO CESAR HERNANDEZ SANCHEZ, | * |
| Petitioner, | * |
| v. | Case No.   4:26-cv-699-CDL-AGH |
| | *           28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, et al., | * |
| Respondents. | * |

**J U D G M E N T**

Pursuant to this Court's Order dated May 27, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioners shall recover nothing of Respondents.

This 27th day of May, 2026.

David W. Bunt, Clerk

s/ Ashley N. Yates, Deputy Clerk